2115. KEHOE *v.* SOUTHERN PAVING CONSTRUCTION COMPANY.

POWELL, J. While, as a general rule, the consideration of a contract is open to inquiry as between the original parties, yet, where the contract is in writing and, according to the writing, purports to be based on cross-covenants and reciprocal promises made by the respective parties, and these covenants are set out in detail and apparently in full, parol evidence is inadmissible to engraft a new and distinct promise, not referred to in the writing. *Wellmaker* v. *Wheatley,* 123 *Ga.* 201 (51 S. E. 436), and cases cited. *Judgment affirmed.*

Action for damages; from city court of Savannah—Judge Freeman. June 26, 1909.

Submitted December 2,—Decided December 24, 1909.

*O'Byrne, Hartridge & Wright,* for plaintiff in error.

*Osborne & Lawrence,* contra.